

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

JAN 0 3 2017

Clerk, U. S. Dist. Court
W. Dist. of N. C.

CARY DEWAYNE CROWDER
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

Case No. 5:17-cv-2

v.

Ms. Susan White, Administrational (1)
Mr. Eric Dye, Administrational (2)
Mr. Dula, S.T.G staff at ACI, Correctional
(Enter above full name of defendant or defendants.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: N/A

      Defendants: N/A

   2. Court (if federal court, name the district; if state court, name the county): N/A

   3. Docket number: N/A

   4. Name of presiding judge: N/A

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?) N/A

   6. Approximate date of case filing: N/A

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No ( X )
     1. Name the court and docket number for each: N/A

   B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No ( ) N/A
     1. If yes, how many? N/A
     2. Name the court and docket number for each action: N/A

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

   A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes ( X ) No ( )

   B. If your answer is Yes:
     1. When did you file your grievance?

years ago 8/9/2016

     2. What was your grievance?

The same issues in the 1983 about the labelling, slander, and defamation of character

     3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( X ) No ( )

If yes, when was the decision and what was the result?

10/9/2016 they stated they would not investagate long becawse they felt they hate the authority to do as they pleased.

   C. If your answer to A is no, identify the claim(s) and explain why not: N/A

## IV. PARTIES

**A. Plaintiff's Name:** Cary Dewayne Crowder
**Address/Place of Confinement:** Alexzander Correctional

**B. Defendant(s)**

**Name of Defendant 1:** Susan White
**Position:** Superintendant (1)
**Place of Employment:** Alexzander Correctional
**Current Address:** 336 Old Land fill Rd., Taylersville, N.C. 28681

Additional Defendant(s) provide name, position, place of employment, and current address for each.

**Defendant 2:** Eric Dye
Asistant Superintent (2)
Alexzander Correctional
336 Old Land fill Rd., Taylersville, N.C. 28681

**Defendant 3:** Dula
S.T.G Staff, Special operational
Alexzander Correctional
336 Old Land fill Rd., Taylersville, N.C. 28681

**Defendant 4:** Masey
S.T.G Staff, Special operational
Polk Youth Correctional in
Raleigh, North Carolina

(Continue on separate sheet if necessary.)

## V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

On November 5, 2012 S.T.G officer Ms. Masey at Polk Correctional label and slander the Plaintiff because the Plaintiff had tatto's and was practicen the first Amendant, freedom of expression, and Ms. Masey abused her administrational authority and violated administrational due process and procedure by labelling the Plaintiff a gangmember and placing the Plaintiff in harms way. On 7/25/16 Ms. Susan White, Mr. Eric Dye, and Mr. Dula of the S.T.G staff had a chance to take the label off and S.T.G or S.R.G status off the Plaintiff, yet choose to allow the breach of legal duty and because of the label and slander on 11/18/2016 the Plaintiff was placed in more harms way because the status, label, slander, and violation to due process of law.

These officials violated due process of law and procedure and the actions left plaintiff in open danger because of first, 8th, 14th Amendment right violations. Plaintiff has suffer mental trauma, lost of job oppertunities, promotions to better custidy levels because of the defaming label and slander. Plaintiff has lost contact visits vistational rights, phone privileges, and a defaming status. It's official's here at the facility with some of the same tattos, yet they are not being label nor slander therefore the scales of justice are being tilted and constitutional violations are openly being shown because of the administration due process violations and abuse of authority in the eyes of my peers. Just because these Pub. Public safety, Prison devision, is held on the Executive branch does it mean they are above the U.S. Constitution being held by oath to uphold the U.S. Constitution. No one should have to suffer as shuch because of the abuse of authority.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

That the label, status, and slander of S.T.G. or S.R.G. gang member be removed off the Plaintiff and records and for the exemplary damages compensation of $4,000,000 million dollars.

Date: 12-29-16  Signature: Cory Crowder
Prison ID #: 1162605