# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Cary Dewayne Crowder, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00002-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Susan White et al, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 16, 2017 Order.

February 16, 2017

_____
Frank G. Johns, Clerk
United States District Court